No. D–1909. IN RE DISBARMENT OF BERNSTEIN. Jeff Bernstein, of Flushing, N. Y., is suspended from the practice of law in

this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.